10 A.3d 222

IN THE MATTER OF NEIL M. COHEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 008331978).

January 13, 2011.

## ORDER

**NEIL M. COHEN** of **MONTCLAIR,** who was admitted to the bar of this State in 1978, having pleaded guilty in the Superior Court of New Jersey to second-degree distribution of child pornography, in violation of *N.J.S.A.* 2C:24–4(b)(5)(a), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **NEIL M. COHEN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **NEIL M. COHEN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **NEIL M. COHEN** comply with *Rule* 1:20–20 dealing with suspended attorneys.